■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANKLIN PEREZ, Appellant. [61 NYS3d 494]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Stephen Barrett, J.), rendered September 5, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed

from be and the same is hereby affirmed. Concur—Manzanet-Daniels, J.P., Mazzarelli, Webber and Oing, JJ.